# Mississippi Electronic Courts
## Nineteenth Circuit Court District (Jackson Circuit Court)
## CIVIL DOCKET FOR CASE #: 30CI1:25-cv-00186-KJ

MORGAN v. CHEVRON USA INC. et al
Assigned to: Kathy King Jackson

**Upcoming Settings:**

None Found

Date Filed: 08/26/2025
Current Days Pending: 79
Total Case Age: 79
Jury Demand: Plaintiff
Nature of Suit: Employment (5)

---

**Plaintiff**

**VINCENT MORGAN**

represented by **Daniel Waide**
Johnson, Ratliff, and Waide, PLLC
PO Box 17738
HATTIESBURG, MS 39404
601-582-4553
Email: dwaide@jhrlaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHEVRON USA INC.**

**Defendant**

**JOHN DOES BUSINESS 1-5**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2025 | 1 | Civil Cover Sheet. (Bishop, Sydney) (Entered: 08/26/2025) |
| 08/26/2025 | 2 | COMPLAINT against CHEVRON USA INC., JOHN DOES BUSINESS 1-5, filed by VINCENT MORGAN. (Bishop, Sydney) (Entered: 08/26/2025) |
| 08/26/2025 | 3 | SUMMONS Issued to CHEVRON USA INC.. (Bishop, Sydney) (Entered: 08/26/2025) |

Exhibit C

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Rev 2020)

Court Identification Docket #: 30 | 19 | CI — County # / Judicial District / Court ID (CH, CI, CO)

Case Year: 2025

Docket Number: 00186

Local Docket ID

Month / Date / Year: 08 | 26 | 25

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT Court of JACKSON County — Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual: Morgan (Last Name) Vincent (First Name) ____ (Maiden Name, if applicable) ____ (M.I.) ____ (Jr/Sr/III/IV)

____ Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ____

Address of Plaintiff ____

Attorney (Name & Address) Daniel M. Waide MS Bar No. 103543

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: ____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual ____ (Last Name) ____ (First Name) ____ (Maiden Name, if applicable) ____ (M.I.) ____ (Jr/Sr/III/IV)

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ____

Business Chevron USA, Inc.
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ____

Attorney (Name & Address) - If Known ____ MS Bar No. ____

____ **Check ( x ) if child support is contemplated as an issue in this suit.***
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ____

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ____

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [X] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ____

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)
- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ____

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ____

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ____

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ____

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other ____

Exhibit C

CIRCUIT - CIVIL

HANDED ☐
MAILED ☒

No. 44457

Date 08-26 2025

Received Of Daniel M. Wade Attorney at law

Cause No. 25-186

| For: | |
|---|---|
| Clerk's Fees | $85.00 |
| JSO Fund | $40.00 |
| Steno Tax | $10.00 |
| Jury Tax | $3.00 |
| Law Library | $2.50 |
| SCEF | $2.00 |
| Court Adm. Fund | $2.00 |
| CECSF | $10.00 |
| CLAF | $5.00 |
| SCCF | $0.50 |
| RM FEE | $1.00 |
| Copy of Summons Return | |
| Other Advance Cost | |
| TOTAL | $161.00 |

Total Amount Paid $ 161.00

Check No. 2124

For New complaint

RANDY CARNEY
CIRCUIT CLERK OF JACKSON COUNTY

By [signature]
DEPUTY CIRCUIT CLERK

Exhibit C

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI**

**VINCENT MORGAN** **PLAINTIFF**

**v.** **CAUSE NO.** 25-186

FILED
AUG 26 2025
RANDY CARNEY, CLERK
BY [signature] D.C.

**CHEVRON USA INC.; and**
**JOHN DOE BUSINESS 1-5.** **DEFENDANTS**

**JURY TRIAL DEMANDED**

---

**COMPLAINT**

---

This is an action to recover actual and punitive damages for termination in violation of public policy. The following facts support the action:

1.

Plaintiff, Vincent Morgan is an adult resident citizen of Mobile County, Alabama, who may be contacted through undersigned Counsel.

2.

Defendant Chevron USA INC. is a foreign corporation doing business and operating in the State of Mississippi who may be served with process upon its registered agent Corporation Service Company at 109 Executive Drive, Suite 3, Madison, Mississippi 39110.

Defendants designated as John Doe Business 1 through 5 are, based upon information and belief, certain unknown and unnamed persons and/or entities who may be liable for the claims asserted herein, who include, but are not limited to, agents, servants, employees, representatives, affiliates, parents, subsidiaries, joint-tortfeasors, tortfeasors, contractors, co-conspirators, joint adventurers, partners, stockholders, or any other related person or entity of the named Defendants and/or any and all other persons who may be liable to Plaintiffs for the claims

Exhibit C

asserted herein. Plaintiffs will amend their Complaint once the identities of the unknown Defendants are learned.

3.

This court has jurisdiction and venue is proper, because Plaintiffs' employment relationship with the Defendant/s was based out of and revolved around Jackson County in the state of Mississippi.

4.

Vincent Morgan (hereinafter Morgan) was an employee of Chevron Pascagoula Refinery. Morgan never had any work-related issues.

5.

In 2023, Morgan began working under a new female supervisor. The new supervisor would treat Morgan differently than she treated other female colleagues. The new supervisor even made multiple comments about desiring to have "women" run the department.

6.

Morgan noticed that he was held to a higher standard as an employee than his female colleagues.

7.

At least one female employee was brought into Morgan's department, despite not having the minimum requirements to hold this position.

8.

One of the female colleagues constantly required reminding of how to complete basic tasks within the department, but Morgan, as an example of the pettiness, was placed on a PIP (performance improvement plan) for simply leaving his computer running too long.

Another female employee missed work and was late on multiple occasions, without repercussion.

9.

Because of the stress caused by this disparate treatment, Morgan's doctor advised him to take time off to handle his anxiety. FMLA was approved by Chevron. However, Morgan was terminated while on leave for not completing his PIP.

10.

Morgan's past performance ranked him at the top of his department. Morgan never had any issues with his employment until he began working with a new female supervisor.

CLAIMS FOR RELEIF

12.

The Defendant terminated Morgan, in part, for taking an FMLA leave to deal with stress and anxiety that was caused by his own supervisor creating a hostile work environment and constantly criticizing Morgan at work, while giving female employee a pass.

13.

The Defendant mistreated Plaintiff and held Morgan to an alleged high standard because Plaintiff is a male. Plaintiff was written up and reprimanded for false and exaggerated reasons, while female employees violated company policies without repercussion. Said disparate treatment caused and/or contributed to the Plaintiff's termination in violation of Title VII.

**PRAYER FOR RELIEF**

Plaintiff prays for actual, compensatory, pecuniary, non-pecuniary, special, and punitive damages in the amount to be determined by a jury and for reasonable attorney's fees.

THIS the 2nd day of August, 2025.

Exhibit C

Respectfully submitted,

**VINCENT MORGAN**

DANIEL M. WAIDE, MSB #103543

Daniel M. Waide, (MSB#103543)
Johnson, Ratliff & Waide, PLLC
1300 Hardy St.
PO Box 17738
Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
dwaide@jhrlaw.net

Exhibit C

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to: Agency(ies) Charge No(s): -

___ FEPA
_X_ EEOC

______________________ and EEOC
State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Vincent Morgan | 251-232-5405 | 8/1/1968 |

Street Address / City, State and ZIP Code
312-T Schillinger Road, South #415, Mobile, AL 36608

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Chevron Pascagoula Refinery | 50+ | 228-938-4600 |

Street Address / City, State and ZIP Code
250 Chevron Way, Pascagoula, MS 39581

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

_X_ RACE __ COLOR _X_ SEX __ RELIGION __ NATIONAL ORIGIN

_x_ RETALIATION __ AGE __ DISABILITY __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Latest: 8/29/2024

__ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I worked for Chevron for years without any work-related issues. I was one of, if not the top employee in my department based on production.

Roughly a year ago I began working under a new female supervisor who transferred to the local facility from the corporate office in Texas. From the beginning, I was treated differently by her. She was witnessed at events discussing how women need to be put in charge more than men and making other derogatory comments about men in the workplace.

Over the last few months of my employment, I was held to a much higher standard than the female employees in my department. Female employees were allowed to miss time from work without repercussion, but if I was not at my desk for a set amount of time, I was reprimanded – even though I was working – meanwhile the female employees were allowed to miss work entirely.

At least one female employee was hired into my department without having the minimum requirements for the position. The female employee routinely requires instruction on basic tasks and fails to meet minimum standards in the department for core competency. But if I so much as leave my computer running too long, I am reprimanded and put on a PIP.

Finally, because of the constant harassment from my female supervisor, my doctor recommended that I take some time off to handle the anxiety. Chevron approved the time for FMLA leave. While out on leave, I was terminated by Chevron for not timely completing my PIP.

My work history speaks for itself. My performance can be backed up by numbers. My performance ranks me at the top of my department. Despite being the top performer in my department, I was singled out and targeted by my female supervisor because she wanted to implement DEI based principles and lower my standing in the department as a male. Then, I was terminated for taking FMLA to deal with the stress that was created and amplified by my supervisor.

Exhibit C

I want the EEOC to investigate my claims under Title VII and FMLA. I was discriminated against because I am a male and terminated for being male and/or taking protected FMLA leave.

Meanwhile females in my department are treated differently, allowed to miss work, and underperform without repercussion.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>*Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Jackson Area Office
100 West Capitol Street, Suite 338
Jackson, MS 39269
(769) 487-6910
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/05/2025

To: Mr. Vincent Morgan
312-T Schillinger Road
South #415
Mobile, AL 36608

Charge No: 423-2025-00385

EEOC Representative and email: SHAMLA MOORE
FEDERAL INVESTIGATOR
SHAMLA.MOORE@EEOC.GOV

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 423-2025-00385.

On behalf of the Commission,

SHAMLA MOORE Digitally signed by SHAMLA MOORE Date: 2025.06.05 10:27:22 -05'00'

For Eszean McDuffey
Area Office Director

Cc:
Celina Joachim
Celina.joachim@chevron.com

Daniel M Waide Esq.
Dwaide@jhrlaw.net

Please retain this notice for your records.

Exhibit C

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 423-2025-00385 to the District Director at U.S. EEOC, 1130 22nd Street South, Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 423-2025-00385 to the District Director at U.S. EEOC, 1130 22nd Street South, Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at:
http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ✓ **Only one** major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**
- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

### "Regarded as" coverage

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

Exhibit C

Enclosure with EEOC Notice of Closure and Rights (01/22)

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Exhibit C

**IN THE CIRCUIT COURT OF JACKSON COUNTY MISSISSIPPI**

**VINCENT MORGAN** **PLAINTIFF**

**VERSUS** **CAUSE NO.** 25-186

**CHEVRON USA, INC.** **DEFENDANT**

---

**SUMMONS**

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF JACKSON**

**TO:** Chevron USA, Inc.
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS SUMMONS, ARE IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel M. Waide, P.O. Box 17738, Hattiesburg, MS 30404, attorney for the Plaintiff. Your response to the Complaint must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to the Discovery must be mailed or delivered within 45 days from the date of delivery. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 26 day of August, 2025.

**Randy Carney,**
**JACKSON COUNTY CIRCUIT CLERK**

By: [signature] D.C.

Daniel M. Waide, (MSB#103543)
1300 Hardy St.
PO Box 17738
Hattiesburg, MS 39404
601-582-4553 (Office)
601-582-4556 (Fax)
dwaide@jhrlaw.net

CIRCUIT COURT ★ JACKSON COUNTY, MISS ★

PROOF OF SERVICE – *Summons*
(Process Server)

I, the undersigned process server, served the *Summons* upon the person or entity named above in the manner set forth below:

___PERSONAL SERVICE. I personally delivered a copy to ________________ on the ___ day of ________, 2025, where I found said person in ______________ County, Mississippi.

___RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within ____________________ County, Mississippi. I served the *Summons* on the _____ day of __________________, 2025, at the usual place of abode of said person by leaving a copy of the *Summons* with ____________________________ who is the ________________ (insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the Subpoena, and thereafter on the ______ day of _______________, 2025, I mailed, by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of service, I was at least 18 years of age and not a party to this action.

Process server must list below:

Name: ______________________________
Address: ______________________________
______________________________
Telephone: ______________________________

STATE OF MISSISSIPPI
COUNTY OF ______________

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named ______________________________, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service - are true and correct as therein stated.

______________________________
PROCESS SERVER

Sworn to and subscribed before me on this the _____ day of ____________, 2025.

______________________________
NOTARY PUBLIC

My Commission Expires:

______________________

Exhibit C